IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:03CR134**

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) **ORDER** |
| MICHAEL McMOORE (2) | )<br>)<br>)<br>) |

**THIS MATTER** is before the Court on Defendant's Motion to Correct Sentence [doc. 223] filed April 4, 2007. In accordance with the Court's original intent, this motion is **GRANTED.** As confirmed in the Sealed Statement of Reasons, Defendant's sentences on counts one and five are to run concurrently. Due to a clerical error, the Judgment inadvertently uses the term "consecutively." Therefore, a new J&C is to be prepared stating: Count 1: One Hundred Sixty-Eight (168) months; Count 5: One Hundred Twenty (120) months; to run concurrently with Count 1.

**IT IS SO ORDERED.**

Signed: April 10, 2007

Graham C. Mullen
United States District Judge