IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cr134

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL MCMOORE  (2) | ) | |
| | ) | |

     THIS MATTER IS BEFORE THE COURT ON the Notice of Appeal from Order of Magistrate Judge to District Court [doc. 385].  No response has been filed.   IT IS, THEREFORE, ORDERED that the government file a response by **February 11, 2015.**

     IT IS SO ORDERED.

Signed: January 28, 2015

Graham C. Mullen
United States District Judge